IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WARD MANAGEMENT COMPANY,

                Plaintiff,                    ORDER

v.

                                     08-cv-206-bbc

WESTPORT INSURANCE
COMPANY,

                Defendant.

---

      Plaintiff's motion to hold trial in Eau Claire is DENIED because of the change of judges in this case.

      Entered this 30th day of April, 2008.

                                        BY THE COURT:
                                        /s/
                                        STEPHEN L. CROCKER
                                        Magistrate Judge