IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WARD MANAGEMENT COMPANY,

    Plaintiff,

v.

WESTPORT INSURANCE CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-206-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Westport Insurance Corporations granting defendant's motion for summary judgment and dismissing the case.

_____
Peter Oppeneer, Clerk of Court

FEB 2 3 2009
Date